No. 01–792. SCHEVE ET AL. *v.* MOODY FOUNDATION. C. A. 5th Cir. Motion of respondent for award of costs and attorney's fees denied. Certiorari denied. 

No. 01–824. TAMKO ROOFING PRODUCTS, INC. *v.* UNITED STEELWORKERS OF AMERICA, LOCAL 1071L. C. A. 11th Cir. Motion of Center on National Labor Policy, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 01–844. JACKSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied. 

No. 01–866. TIME WARNER ENTERTAINMENT CO., L. P., DBA TIME WARNER CABLE *v.* NATIONAL SATELLITE SPORTS, INC. C. A. 6th Cir. Motion of National Cable & Telecommunications Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 01–7322. ROBINSON *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Bladen County, N. C. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 01–7369. DOUGLAS *v.* DOUGLAS. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.